Henderson BASS v. STATE. (No. 8132.) (Court of Criminal Appeals of Texas. May 7, 1924. Rehearing Denied June 11, 1924.) Appeal from District Court, San Jacinto County; J. L. Manry, Judge. M. E. Gates, of Huntsville, and J. M. Hansbro, of Cold Springs, for appellant. Tom ' Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for selling whisky. Punishment, one year in the penitentiary. There are no bills of exception in the record. The evidence is conflicting, but that for the state was accepted by the jury as true, and is sufficient to sustain the verdict. The judgment is affirmed.

---

Ex parte Tom BURRELL. (No. 8751.) (Court of Criminal Appeals of Texas. June 4, 1924.) Appeal from District Court, Polk County; J. L. Manry, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty , both of Austin, for the State.

HAWKINS, J. The record discloses that relator was held by the sheriff under two capiases issued from the justice court, based upon complaints filed therein; one charging that relator unlawfully transported intoxicating liquor, and the other charging him with the possession of intoxicating liquor for the purpose of sale. Bail had been fixed by the sheriff in each case in the sum of $500. Relator sought a reduction in bail in the two cases by habeas corpus proceedings before Hon J. L. Manry, judge of the Ninth judicial district. After a hearing thereon said judge declined to reduce the bail, but again fixed it at $500 in each case. We have not been favored with a brief from relator, and are therefore not apprised of his views relative to the matter; but we have been unable to find anything in the record which would indicate that the action of the judge was arbitrary, or that the amount of bail fixed by him was excessive. The judgment is therefore affirmed.

---

Tom CROW v. STATE. (No. 8361.) (Court of Criminal Appeals of Texas. May 14, 1924. Rehearing Denied June 18, 1924.) ' Appeal from District Court, Kendall County; R. H. Burney, Judge. J. F. Hair, of San Antonio, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Kendall .county of theft of property of the value of more than $50, and his punishment fixed at 10 years in the penitentiary. The record is before us without a statement of facts or bills of exception. There are four special charges in the record, all marked refused, but there is no notation upon any of them of the fact of any exception being taken to their refusal; nor could any of them be held to present error, if considered, because of the lack of a statement of facts. No error appearing ·in the record, an affirmance will be ordered.

---

J. H. GILL v. STATE. (No. 8805.) (Court of Criminal Appeals of Texas. June 18, 1924.) Appeal from District Court, Shackelford County; W. R. Ely, Judge. Tom Garrard,· State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is .for theft, a felony; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified by his affidavit on file, the appeal is dismissed.